IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MATTHEW STEPHENS, | : | |
| Plaintiff, | : | Case No. 3:12cv00082 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| GRANDVIEW MEDICAL CENTER POLICE DEPARTMENT, et al., | : | |
| | : | |
| Defendants. | | |

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on May 22, 2012 (Doc. #14) is ADOPTED in full;

2. Defendants' Motion to Dismiss Plaintiff's Third Claim for Relief (Doc. #2) is GRANTED; and,

3. The case remains pending on the docket of this Court.

                                                                                    Walter Herbert Rice
                                                                      United States District Judge