# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MATTHEW STEPHENS, | : | |
| Plaintiff, | : | Case No. 3:12cv00082 |
| vs. | : | District Judge Walter Herbert Rice<br>Chief Magistrate Judge Sharon L. Ovington |
| GRANDVIEW MEDICAL CENTER<br>POLICE DEPARTMENT, et al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE

The discovery phase of this case has ended. No discovery Motion or other matter referred to the undersigned Judicial Officer remains pending. The case is presently set for further proceedings, including trial, before United States District Judge Walter H. Rice. The Clerk of Court is directed to note in the record that:

1. Referral of this case to the undersigned Judicial Officer has expired; and

2. No Motion or other matter in this case remains pending before the undersigned Judicial Officer.

January 22, 2013

                                                          s/Sharon L. Ovington
                                                          Sharon L. Ovington
                                              Chief United States Magistrate Judge