IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MATTHEW STEPHENS,  :

    Plaintiff,

v.  :  Case No. 3:12-cv-82

GRANDVIEW MEDICAL CENTER  :  JUDGE WALTER H. RICE
POLICE DEPARTMENT, *et al.*,

    Defendants.  :

---

DECISION AND ENTRY SUSTAINING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE (DOC. #23); TERMINATION ENTRY

---

Plaintiff has filed a Motion for Voluntary Dismissal Without Prejudice, Doc. #23, and Defendants have notified the Court that they will not oppose Plaintiff's motion, Doc. #25. Accordingly, the Court SUSTAINS Plaintiff's Motion.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-captioned case is DISMISSED WITHOUT PREJUDICE, and is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

Date: February 11, 2013

                                              WALTER H. RICE
                                              UNITED STATES DISTRICT JUDGE